FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0015

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0015

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

WILLIAM LOWREY HESSE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 25, 2022, within which to prepare, serve, and file its response.

**BG**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 22 2022